UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
JESSICA BARTON, individually on behalf of
herself and all others similarly situated,
                                                             :
              Plaintiff,                            ORDER
                                                             :
      -v.-
                                                             :    20 Civ. 4815 (GHW) (GWG)

PRET A MANAGER (USA) LIMITED,                                :

              Defendant.                        :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, United State Magistrate Judge

      The conference scheduled for May 17, 2021 at 11:00 a.m. is adjourned sine die. With respect to the discovery permitted by Docket # 30, any disputes shall be brought to attention to the undersigned in accordance with ¶ 2.A. of the Court's Individual Practices.

SO ORDERED.

Dated: May 10, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge